apo'c:
PinkhasovB01.wpd

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 08-285 (SRC) |
| BOVER PINKHASOV, a/k/a "Benny" | : | ORDER FOR CONTINUANCE |

This matter having come before the Court upon the joint application of the United States of America, by Christopher J. Christie, United States Attorney for the District of New Jersey, (Aidan P. O'Connor, Assistant U.S. Attorney, appearing) and defendant Bover Pinkhasov, a/k/a "Benny", by his attorney, Albert Dayan, Esq., for an order continuing this matter from May 2, 2008, until July 2, 2008, and the defendant having been made aware by his attorney that he has the right under 18 U.S.C. § 3161(c) to have the matter go to trial within 70 days of the filing date of an indictment, and the defendant through his attorney having waived such rights and consented to the continuance, and for good and sufficient cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant and the Office of the United States Attorney for the District of New Jersey are undertaking plea negotiations and may be able to resolve this case;

2. The completion of a plea agreement will be beneficial to the preservation of judicial resources;

3.  Pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 13th day of May, 2008,

ORDERED that this action be, and it hereby is, continued until July 2, 2008 1974;

IT IS FURTHER ORDERED that the period between May 2, 2008, and July 2, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that:

1)  the defendant shall file and serve any pre-trial motions by June 13, 2008;

2)  the government shall file and serve its response to defendant's motions by June 23, 2008; and

3)  a hearing on the motions shall be held on 7/1, 2008, at 10:00 A.m.;

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

Aidan P. O'Connor
Assistant U.S. Attorney

Albert Dayan, Esq.
Counsel for defendant Bover Pinkhasov

2