apo'c:
PinkhasovB02.wpd

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 08-285 (SRC) |
| BOVER PINKHASOV, a/k/a "Benny" | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court upon the joint application of the United States of America, by Christopher J. Christie, United States Attorney for the District of New Jersey, (Aidan P. O'Connor, Assistant U.S. Attorney, appearing) and defendant Bover Pinkhasov, a/k/a "Benny", by his attorney, Albert Dayan, Esq., for an order continuing this matter from July 2, 2008, until September 29, 2008, and the defendant having been made aware by his attorney that he has the right under 18 U.S.C. § 3161(c) to have the matter go to trial within 70 days of the filing date of an indictment, and the defendant through his attorney having waived such rights and consented to the continuance, and for good and sufficient cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant and the Office of the United States Attorney for the District of New Jersey are undertaking plea negotiations and may be able to resolve this case;

2. The completion of a plea agreement will be beneficial to the preservation of judicial resources;

3. Pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 16th day of June, 2008,

ORDERED that this action be, and it hereby is, continued until September 29, 2008;

IT IS FURTHER ORDERED that the period between July 2, 2008, and September 29, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that:

1) the defendant shall file and serve any pre-trial motions by September 4, 2008;

2) the government shall file and serve its response to defendant's motions by September 22, 2008; and

3) a hearing on the motions shall be held on September 24th, 2008, at 10:00 AM __.m.;

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

Aidan P. O'Connor
Assistant U.S. Attorney

Albert Dayan, Esq.
Counsel for defendant Bover Pinkhasov

2