UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler |
| v. | Criminal No. 08-285 (SRC) |
| BOVAR PINKASOV, | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Douglas Herring, Assistant U.S. Attorney, appearing), and defendant BOVAR PINKASOV (by Albert Dayan, Attorney, appearing), for an order granting a continuance of the proceedings in the above-captioned matter from September 29, 2008 to December 15, 2008 to permit the parties to engage in plea negotiations; and the defendant being aware that he has the right to have this matter go to trial within 70 days of the filing of an indictment, and the defendant through his attorney having waived such rights and consented to the continuance, and for good and sufficient cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have engaged in preliminary discussions concerning entering into a plea agreement, and the defendant desires additional time to review discovery, and both the United States and the defendant seek additional time to pursue such discussions, which may render trial of this matter unnecessary.

(2) Defendant has consented to the continuance.

(3) The grant of a continuance will likely conserve judicial resources.

(4) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice

served by granting the continuance outweigh the best Interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this __4__ day of September, 2008,

ORDERED that the proceedings in the above-captioned matter are continued from September 29, 2008 through December 15, 2008, and

IT IS FURTHER ORDERED that the period from September 29, 2008 through December 15, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974.

IT IS FURTHER ORDERED that:

1) the defendant shall file and serve any pre-trial motions by November 20, 2008;

2) the United States shall file and serve any response by November 30, 2008;

3) a hearing on the motions shall be held on December __8__, 2008, at __11:00__ A.m.

HON. STANLEY R. CHESLER
United States District Court Judge

Form and entry
consented to:

_____
Douglas Herring
Assistant U.S. Attorney

_____
Albert Dayan
Counsel for defendant

2