**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | Criminal No. 08-285 (SRC) |
| Plaintiff, : | |
| : | **ORDER** |
| v. : | |
| BOVER PINKHASOV, a/k/a "Benny", : | |
| Defendant. : | |

**CHESLER**, District Judge

This matter having come before the Court on the motion to dismiss filed by Defendant Bover Pinkhasov [docket item no. 20]; and Plaintiff United States of America having opposed the motion; and the Court having considered the papers filed by the parties; and the Court having held oral argument on the motion on December 22, 2008; and

For the reasons set forth on the record of oral argument on December 22, 2008,

**IT IS** on this 22nd day of December, 2008,

**ORDERED** that Defendant's motion to dismiss [docket item no. 20] be and hereby is **GRANTED IN PART**; and it is further

**ORDERED** that the Indictment in this action be and hereby is **DISMISSED WITHOUT PREJUDICE**.

　s/ Stanley R. Chesler　
Stanley R. Chesler, U.S.D.J.